```
 1  Shanny J. Lee, Calif. Bar No. 213599
    LAW OFFICES OF HARRY J. BINDER
 2  AND CHARLES E. BINDER, P.C.
 3  770 The City Drive South Suite 2000
    Orange, CA 92868
 4  Phone (714) 564-8644
 5  Fax   (714) 940-0311
    Email: shannyjlee@gmail.com
 6
 7  Attorneys for Plaintiff Solon Chou
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SOLON CHOU, | ) No. ED CV 12-376-SP |
| | ) |
| Plaintiff, | ) **ORDER AWARDING ATTORNEY** |
| | ) **FEES UNDER THE EQUAL** |
| v. | ) **ACCESS TO JUSTICE ACT,** |
| | ) **PURSUANT TO 28 U.S.C. § 2412(d),** |
| MICHAEL J. ASTRUE, | ) **AND COSTS, PURSUANT TO 28** |
| Commissioner of Social Security, | ) **U.S.C. § 1920** |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of THREE THOUSAND SIX HUNDRED FIFTY dollars and 00/100's ($3,650.00), and costs under 28 U.S.C. § 1920, in the amount of THREE HUNDRED FIFTY DOLLARS AND 00/CENTS ($350.00), subject to the terms of the above-referenced Stipulation. Any payment shall be delivered to Plaintiff's counsel.

Dated: January 4, 2013            /s/  Sheri Pym
                                  HON. SHERI PYM
                                  UNITED STATES MAGISTRATE JUDGE